632

Opinion filed February 7, 1934.

Andrew R. Sherriff, for plaintiff in error. Walter E. Beebe, for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.

Clara A. Crozier, complainant, v. Freeman Coal Mining Company et al., defendants.

James W. McElvain et al., cross complainants, appellees, v. Freeman Coal Mining Company et al., cross defendants, on appeal of Maclay Hoyne, appellant. Gen. No. 36,662.

Opinion filed February 7, 1934.

Winston, Strawn & Shaw, for appellant; John D. Black, of counsel. Kemper K. Knapp, for certain appellee. John J. Healy and John H. S. Lee, for certain other appellees.

Mr. Justice Wilson delivered the opinion of the court.

Elinore Fitzsimmons, appellee, v. Almore Dye House, appellant. Gen. No. 36,682.

Opinion filed February 7, 1934.

Cochrane & George, for appellant. William A. Hanson, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Charles E. Mallers, appellee, v. Yellow Cab Company, appellant. Gen. No. 36,742.

Opinion filed February 7, 1934.

. Samuels, Greenberg, Wolfe & Solomon, for appellant; Sidney M. Glick, of counsel. Joseph H. Hinshaw, for appellee; Oswell G. Treadway, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Clara A. Crozier, complainant, appellee, v. Freeman Coal Mining Company et al., defendants.

James W. McElvain et al., cross complainants, appellees, v. Freeman Coal Mining Company et al., cross defendants, on appeal of Maclay Hoyne, appellant. Gen. No. 36,958.

Opinion filed February 7, 1934.

Winston, Strawn & Shaw, for appellant; John D. Black, of counsel. Kemper K. Knapp, for certain appellee. John J. Healy and John H. S. Lee, for certain other appellees.

Mr. Justice Wilson delivered the opinion of the court.

Jerry Fixa et al. v. Paul H. Burglund et al.

Benjamin Kohout, receiver, appellee, v. Joe Panek, appellant. Gen. No. 37,157.

Opinion filed February 15, 1934.

A. G. Dicus, for appellant. George A. Novak, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

## SECOND DISTRICT.

Fred Griffel et al., appellees, v. Laurits M. Larsen et al., appellants. Gen. No. 8,640.

Opinion filed January 19, 1934.

Gerald C. Snyder, for appellant Laurits M. Larsen. Paul MacGuffin, for appellees.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Embert Erickson, administrator of the estate of Earl J. Erickson, deceased, appellant, v. Fred Ball, appellee. Gen. No. 8,675.

Opinion filed January 19, 1934. Rehearing denied April 2, 1934.

Alexander J. Strom and Harold C. Sewell, for appellant. Wm. Biester, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Grace Hayden Walker, appellant, v. Marian Niles Hayden et al., defendants. First Galesburg National Bank and Trust Company, appellee. Gen. No. 8,695.